IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| ARTISTS & FRAMERS, INC., | * | |
| & | * | |
| DORIS S. POWELL, | * | Case No. |
| Plaintiffs, | * | |
| v. | * | |
| LEASE FINANCE GROUP, LLC | | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Lease Finance Group, LLC ("Lease Finance Group") notices removal of this civil action from the Circuit Court for Howard County, Maryland to the United States District Court for the District of Maryland (Northern Division). This Court has original jurisdiction over this matter, jurisdiction based on diversity of citizenship and supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

In support of its Notice of Removal, Lease Finance Group states as follows:

1. Lease Finance Group is the Defendant in the above-captioned case in which Plaintiffs seek to recover damages as stated in their complaint alleging deceit as well as intentional and negligent misrepresentation (the "State Court Claim").

2. The State Court Action is captioned Artists & Framers, Inc., et al, v. Lease Finance Group, LLC, Case No. 13-C-10-084477 and was filed in the Circuit Court for Howard County, State of Maryland.

3. The State Court Action was served upon Lease Finance Group on October 25, 2010. A copy of the State Court Action is attached as Exhibit A.

4. As alleged in the State Court Action:

- Plaintiff Powell is an individual and a resident of the State of Maryland (Complaint at Para. 1);
- Plaintiff Artists and Framers, Inc. is a Maryland corporation with its principal place of business in Maryland (Complaint at Para. 2); and
- Defendant, Lease Finance Group, LLC is limited liability company organized under the laws of Delaware having principal places of business in Illinois and New York (Complaint at Para. 3).

5. In the State Court Action, Plaintiffs seek damages as follows:

- Count I, Intentional Misrepresentation for "the return of all monies paid to LFG and punitive damages in the amount of $100,000 plus interest, costs, and such other relief as the Court deemed just and appropriate";
- Count II, Deceit for "the return of all monies paid to LFG and punitive damages in the amount of $100,000 plus interest, costs, and such other relief as the Court deemed just and appropriate";
- Count III, Negligent Misrepresentation, for "the return of all monies paid to LFG..."

See Exhibit A.

6. Federal courts have original jurisdiction over civil actions between citizens of different states where the amount in controversy exceeds $75,000. See 28 U.S.C. §1332(a)(1).

7. Here, Plaintiffs seek over $100,000 for their deceit and intentional misrepresentation claims. Consequently, the amount Plaintiffs demand exceeds $75,000 and this Court has jurisdiction pursuant to 28 U.S.C. §1332(a)(1).

8. As a result, pursuant to 28 U.S.C. §1441, the State Court Action is removable to this Court as the federal district court for the district and division that encompasses the County of Howard, the place in which the State Court Action is pending.

9. Lease Finance Group timely removed this case within thirty days of its receipt of the initial pleading. Lease Finance Group was served on October 25, 2010, which is the date its registered agent for service of process in Illinois received the State Court Action by certified

mail. The summons was issued on October 19, 2010, a copy of which is attached as Exhibit B. Thus, pursuant to 28 U.S.C. §1446 this removal is timely.

10. All process, pleadings documents and other papers that have been served on Defendant are attached and filed herewith as follows:

Exhibit A – State Court Complaint
Exhibit AA – State Court Complaint Exhibit
Exhibit AB – State Court Complaint Exhibit
Exhibit AC – State Court Complaint Exhibit
Exhibit B – State Court Summons
Exhibit C - State Court Civil Case Information Report
Exhibit D – State Court Scheduling Order
Exhibit E - Plaintiff's Transmittal letter to Defendant

11. Promptly after filing this Notice of Removal, Lease Finance Group will file a copy of this Notice of Removal with the Circuit Court of Howard County, Maryland, a copy of which will be served upon Plaintiffs' counsel of record. No Motion is currently pending in the State Court Action.

Respectfully Submitted,

Dated: November 2f, 2010

_____
Adam Spence, Esq.
SPENCE & BUCKLER, P.C.
100 West Pennsylvania Avenue, Suite 301
Towson, MD 21204
Phone: (410) 823-5003
Fax: (443) 836-9181
Email: adam@spencebucklerlaw.com

***Attorneys for Defendant, Lease Finance Group, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2010, a copy of the foregoing Notice of Removal was mailed first class, postage prepaid, to the following persons or entities:

Leslie A. Powell
Law Offices of Leslie A. Powell
115 North Market Street
Frederick, MD 21701

Counsel for Plaintiffs

_____
Adam M. Spence