LESSOR HAS ASSIGNED TO WACHOVIA BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CONGRESS FINANCIAL CORPORATION ("WACHOVIA"), AND HAS GRANTED WACHOVIA A SECURITY INTEREST IN, ALL RIGHT, TITLE AND INTEREST OF LESSOR IN AND TO THIS LEASE, ALL PRESENT AND FUTURE RENTAL, LEASE AND OTHER PAYMENTS AND CHARGES OWED TO LESSOR HEREUNDER AND ALL PRODUCTS AND PROCEEDS THEREOF, PURSUANT TO THE LOAN AND SECURITY AGREEMENT, DATED MAY 8, 1996, AS AMENDED, BETWEEN WACHOVIA AND LESSOR, AS THE SAME NOW EXISTS AND MAY HEREAFTER BE AMENDED, MODIFIED, SUPPLEMENTED, EXTENDED, RENEWED, RESTATED OR REPLACED.

LFG

# NON-CANCELLABLE LEASE

[redacted]

LEASE FINANCE GROUP LLC ("LESSOR")
[illegible]

| | | | | |
|---|---|---|---|---|
| | ☐ CORPORATION ☐ PROPRIETORSHIP ☐ PARTNERSHIP | REF CODE | OFFICE NUMBER MPRS1 | LEASE NUMBER [redacted] |
| LEGAL NAME OF LESSEE ("LESSEE") ARTISTS & FRAMERS INC | TYPE OF BUSINESS R7 | VENDOR Payment Systems | | |
| BILLING ADDRESS 9130 E RED BRANCH RD | | ADDRESS 5901 Priestly Dr #303 | | |
| CITY COLUMBIA | STATE MD 21045 | CITY Carlsbad | STATE CA | ZIP 92008 |
| LESSEE PHONE NO. 410-997-5770 | COUNTRY USA | YEARS IN BUSINESS 23 Years | PHONE NO. 888-592-8041 | MERCHANT NUMBER |
| EQUIPMENT MANUFACTURER | MODEL | SERIAL NUMBER | | |
| VX510 | | | | |
| 1000 SE | | | | |

LOCATION OF EQUIPMENT (Address, Street, City, State, Zip) if different from above

**SCHEDULE OF LEASE PAYMENTS**

BASE MONTHLY LEASE PAYMENT $ 89, plus applicable taxes, and Loss & Destruction Waiver fee of $4.95 per month per unit of equipment, if applicable, as provided in Section 16 of this Lease for a MINIMUM LEASE TERM of 48 Months ("Lease Term")

**PAYABLE AT SIGNING OF THE LEASE**

☐ FIRST AND LAST MONTHLY PAYMENT $
☐ FIRST MONTHLY PAYMENT $
☐ LAST MONTHLY PAYMENT $

BANK [redacted] ROUTING NO. | | | | | | | | | ACCOUNT NO. [redacted]

**LEASE ACCEPTANCE**

No attempt at oral modification or rescission of this lease or any term thereof will be binding upon the parties. LESSEE'S INITIALS: X [initials]

THE UNDERSIGNED HAS READ BOTH PAGES OF THIS LEASE WITH ALL TERMS FILLED IN AND AGREES TO BE BOUND BY ALL THE TERMS OF THIS LEASE.

ACCEPTED IN NEW YORK, NEW YORK BY LESSOR: LEASE FINANCE GROUP LLC
Authorized Signature [signature]
Title ____ Date 4/22/05

ACCEPTED BY LESSEE: DORIS STEWART POWELL
LESSEE (FULL LEGAL NAME)
LESSEE #1 X Signature [signature]
Print Name DORIS STEWART POWELL
Title OWNER Date 4/15/05

LESSEE #2 (if applicable)
X Signature ____
Print Name ____
Title ____ Date ____

**PERSONAL GUARANTY**

To induce Lessor to enter into this Lease and purchase the Equipment for Lessee and knowing that Lessor is relying on this guaranty as a precondition to entering into this Lease, I, the undersigned, individually absolutely and unconditionally guaranty to Lessor the prompt payment when due of all of Lessee's obligations to Lessor under the Lease. Lessor shall not be required to proceed against Lessee or the Equipment or enforce any other remedy before proceeding against me. I agree to pay all reasonable attorney's fees and other expenses Lessor incurs in enforcing this guaranty and Lease. I consent to any extension or modification granted to Lessee, and the release and/or compromise of any obligation of Lessee or any other obligors and guarantors shall not in any way release me from my obligations under this guaranty. This is a continuing guaranty and shall bind my heirs, successors and assigns, and may be enforced by or for the benefit of any assignee or successor of Lessor. This guaranty shall be governed by the laws of the State of New York. ALL DISPUTES RELATING TO THIS GUARANTY SHALL BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS LOCATED IN THE STATE AND COUNTY OF NEW YORK notwithstanding that other courts may have jurisdiction over the parties and the subject matter, and I freely consent to the jurisdiction of such courts, including without limitation, the Civil Court of the City of New York. LESSOR MAY PROPERLY SERVE ME WITH LEGAL PROCESS VIA CERTIFIED MAIL TO MY ADDRESS BELOW. I WAIVE, INSOFAR AS PERMITTED BY LAW, TRIAL BY JURY IN ANY LITIGATION ARISING FROM OR IN ANYWAY RELATING TO THIS LEASE OR GUARANTY. I agree not to pursue a claim against Lessor or its assigns as part of a class action, private attorney general action or other representative action, to the extent permitted by applicable law. I expressly authorize Lessor or its agents or assigns continuing authority to obtain an investigative credit report from a credit bureau or credit reporting agency and conduct credit checks concerning my credit history, and acknowledge that Lessor may furnish information relating to this Lease and guaranty to a credit reporting agency. Disputes or inaccuracies regarding information Lessor furnishes to a credit reporting agency shall be sent to Lessor at its address listed above.

| | |
|---|---|
| Guarantor Signature X [signature] Individual (No title allowed) | Guarantor Signature X ____ Individual (No title allowed) |
| Home Address 1103 FREDERICK RD | Home Address ____ |
| City CATONSVILLE State MD Zip 21228 | City ____ State ____ Zip ____ |
| Home Phone# 410-788-0488 S.S.# [redacted] | Home Phone# ____ S.S.# ____ |

TERMS AND CONDITIONS, (continued on page 2)

1. We have written this Equipment Finance Lease Agreement ("LEASE") to the best of our ability in plain language because we want you to fully understand its terms. We use the words "you" and "your" to mean the Lessee listed above, and the words "we," "us," and "our" to refer to the Lessor listed above and its assignees, successors and assigns. Please carefully read both pages of this Lease for all the Terms and Conditions of this Lease, and feel free to contact us at the number listed above with any questions you may have.
2. We agree to purchase from the Vendor the equipment listed above ("Equipment") and lease the Equipment to you under the terms set forth in this Lease. So long as you are not in default under any of the terms of this Lease, we will not interfere with your quiet use and enjoyment of the Equipment.
3. AUTHORIZATION FOR AUTOMATIC WITHDRAWAL OF PAYMENTS. You authorize us to automatically withdraw your monthly lease payment and any other amounts now due, hereinafter imposed, or otherwise owed in conjunction with this Lease, including applicable taxes and a Loss and Damage Waiver fee, if applicable, by initiating via the Automated Clearing House (ACH) system debit entries to your account at the bank listed above or such other bank or financial institution that you may provide us with from time to time ("Account"). You acknowledge that your Account is established for business purposes only and not for personal, family, or household purposes. In the event of a default of your obligations hereunder, you authorize us to debit your Account for the full amount due and/or the Lease as provided by Section 17 of this Lease without any further notice. You understand that the foregoing authorization is a fundamental condition to induce us to accept this Lease. Consequently, such authorization is intended to be irrevocable. In the event that you purport to terminate such

Exhibit AB - Page [illegible] Lessee Initials [initials]

Exhibit AB - Page

LESSOR HAS ASSIGNED TO WACHOVIA BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CONGRESS FINANCIAL CORPORATION ("WACHOVIA"), AND HAS GRANTED WACHOVIA A SECURITY INTEREST IN, ALL RIGHT, TITLE AND INTEREST OF LESSOR IN AND TO THIS LEASE, ALL PRESENT AND FUTURE RENTAL, LEASE AND OTHER PAYMENTS AND CHARGES OWED TO LESSOR HEREUNDER AND ALL PRODUCTS AND PROCEEDS THEREOK PURSUANT TO THE LOAN AND SECURITY AGREEMENT, DATED MAY 9, 1996, AS AMENDED, BETWEEN WACHOVIA AND LESSOR, AS THE SAME NOW EXISTS AND MAY HEREAFTER BE AMENDED, MODIFIED, SUPPLEMENTED, EXTENDED, RENEWED, RESTATED OR REPLACED.

# NON-CANCELLABLE LEASE

**LFG** — LEASE FINANCE GROUP LLC (LESSOR)

| | | |
|---|---|---|
| LEGAL NAME OF LESSEE (LESSEE): ARTISTS & FRAMERS INC | TYPE OF BUSINESS: RT | VENDOR: PAYMENT SYSTEMS |
| BILLING ADDRESS: 1014 S. CHARLES ST | | ADDRESS: 5901 PRIESTLY DR #803 |
| CITY: BALTIMORE | STATE: MD  ZIP: 21230 | CITY: Carlsbad  STATE: CA  ZIP: 92008 |
| LESSEE PHONE NO.: 410-837-4477  COUNTRY: USA | YEARS IN BUSINESS: 23 | PHONE NO.: 888-592-5041  MERCHANT NUMBER: |
| EQUIPMENT MANUFACTURER: | MODEL: YX510  1000SE | SERIAL NUMBER: |

OFFICE NUMBER: NPRS7   LEASE NUMBER: 722480

LOCATION OF EQUIPMENT (Address, Street, City, State, Zip if different from above)

## SCHEDULE OF LEASE PAYMENTS

BASE MONTHLY LEASE PAYMENT $ 84 , plus applicable taxes, and Loss & Destruction Waiver fee of $4.95 per month per unit of equipment, if applicable, as provided in Section 15 of this Lease for a MINIMUM LEASE TERM of 48 Months (Lease Term)

### PAYABLE AT SIGNING OF THE LEASE
□ FIRST AND LAST MONTHLY PAYMENT $
□ FIRST MONTHLY PAYMENT $
□ LAST MONTHLY PAYMENT $

BANK: M&T BANK   ROUTING NO.: 052100011   ACCOUNT NO.: 0282 ___ 0187041

## LEASE ACCEPTANCE
No attempt at oral modification or rescission of this lease or any term thereof will be binding upon the parties. LESSEE'S INITIALS: X _____

THE UNDERSIGNED HAS READ BOTH PAGES OF THIS LEASE WITH ALL TERMS FILLED IN AND AGREES TO BE BOUND BY ALL THE TERMS OF THIS LEASE.

ACCEPTED IN NEW YORK, NEW YORK
BY LESSOR:
LEASE FINANCE GROUP LLC
Authorized Signature: _____
Title: _____   Date: 4/22/09

ACCEPTED BY LESSEE: Doris Stewart-Powell
LESSEE (FULL LEGAL NAME)
X Signature: _____
Print Name: Doris Stewart Powell
Title: OWNER   Date: 4/5/09

LESSEE #2 (if applicable):
X Signature: _____
Print Name: _____
Title: _____   Date: _____

## PERSONAL GUARANTY
To induce Lessor to enter into this Lease and purchase the Equipment to Lease and knowing that Lessor is relying on this guaranty as a precondition to entering into this Lease, I, the undersigned, individually and unconditionally guaranty to Lessor the prompt payment when due of all Lessee's obligations to Lessor under the Lease. Lessor shall not be required to proceed against Lessee or the Equipment or enforce any other remedy before proceeding against me. I agree to pay all reasonable attorney's fees and other expenses Lessor incurs in enforcing this guaranty and Lease. I consent to any extension or modification granted to Lessee, and the release and/or compromise of any obligation of Lessee at any other obligors and guarantors shall not in any way relieve me from my obligations under this guaranty. This is a continuing guaranty and shall bind my heirs, successors and assigns, and may be enforced by or for the benefit of any assignee or successor of Lessor. This guaranty shall be governed by the laws of the State of New York. ALL DISPUTES RELATING TO THIS GUARANTY SHALL BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS LOCATED IN THE STATE AND COUNTY OF NEW YORK notwithstanding that other courts may have jurisdiction over the parties and the subject matter, and I hereby consent to the jurisdiction of such courts, including without limitation, the Civil Court of the City of New York. LESSOR MAY PROPERLY SERVE ME WITH LEGAL PROCESS VIA CERTIFIED MAIL TO MY ADDRESS BELOW. I WAIVE, IRREVOCABLY AND PERMITTED BY LAW, TRIAL BY JURY IN ANY LITIGATION ARISING FROM OR IN ANYWAY RELATING TO THIS LEASE OR GUARANTY. I agree not to pursue a claim against Lessor or its assigns as part of a class action, private attorney general action or other representative action, to the extent permitted by applicable law. I expressly authorize Lessor or its agents or assigns concerning authority to obtain an investigative credit report from a credit bureau or credit reporting agency and conduct credit checks concerning my credit history, and acknowledge that Lessor may furnish information relating to this Lease and guaranty to a credit reporting agency. Disputes or inaccuracies regarding information Lessor furnishes to a credit reporting agency shall be sent to Lessor at its address listed above.

Guarantor Signature: X _____ Individual
Home Address: 1103 FREDERICK RD
City: CATONSVILLE   State: MD   Zip: 21228
Home Phone: _____   S.S.#: _____

Guarantor Signature: X _____ Individual
(if 2nd allowed)
Home Address: _____
City: _____   State: _____   Zip: _____
Home Phone: _____   S.S.#: _____

TERMS AND CONDITIONS (CONTINUED ON PAGE 2)

1. We have written this Equipment Finance Lease Agreement ("LEASE") to the best of our ability in plain language because we want you to fully understand its terms. We use the words "you" and "your" to mean the Lessee listed above. And the words "we", "us", and "our" to refer to the Lessor listed above and its designees, successors and assigns. Please carefully read both pages of this Lease for all the Terms and Conditions of this Lease, and feel free to contact us at the number listed above with any questions you may have.

2. We agree to purchase from the Vendor the equipment listed above ("Equipment") and lease the Equipment to you under the terms set forth in the Lease. So long as you are not in default under any of the terms of this Lease, we will not interfere with your quiet use and enjoyment of the Equipment.

3. AUTHORIZATION FOR AUTOMATIC WITHDRAWAL OF PAYMENTS. You authorize us to automatically...

...whatever your monthly lease payment and any other amounts are due, hereinafter imposed, or otherwise owed in connection with this Lease, including applicable taxes and a Loss and Damage Waiver fee, if applicable, by initiating via the Automatic Clearing House (ACH) system debit entries to your account at the bank listed above or such other bank, or financial institution that you may provide us with from time to time ("Account"). You acknowledge that your Account is established for business purposes only and not for personal, family, or household purposes. In the event of a default of your obligations hereunder, you authorize us to seek your Account for the full amount then due on the Lease as provided by Section 17 of this Lease without any further notice. You understand that the foregoing authorization is a fundamental condition to induce us to accept this Lease. Consequently, such authorization is intended to be irrevocable. In the event that you purport to terminate such...

Lessee Initials: X _____